[No. 18300-5-II.   Division Two.   March 1, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. TERRY L. POTTER, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 94-1-00184-0, William J. Kamps, J., entered June 2, 1994. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Seinfeld, C.J., and Houghton, J.

[No. 18301-3-II.   Division Two.   March 1, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. JEFFREY LLOYD HOCKETT, *Appellant*.

Appeal from a judgment of the Superior Court for Jefferson County, No. 86-1-00085-8, William E. Howard, J., entered June 3, 1994. *Affirmed* by unpublished opinion per Wiggins, J. Pro Tem., concurred in by Bridgewater, J., and Fleisher, J. Pro Tem.

[No. 18411-7-II.   Division Two.   March 1, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. BRENT A. JONES, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 359800010, Terry D. Sebring, J., entered June 7, 1994. *Remanded* by unpublished per curiam opinion.